IN THE U.S. NORTHERN DISTRICT COURT
OF ILLINOIS    EASTERN DIVISION

FEDERAL EXECUTIVE COMMITTEE )
(CHIEF JUDGES JAMES HOLDERMAN; REBECCA R. )
PALLMEYER; now VIRGINIA M. KENDALL) )
    Plaintiff/(Realigned Defendants) )   CASE NO. 07 C-5613
    v. )
)
WALTER J. BRZOWSKI )   DEMAND FOR JUSTICE!
    U.S. private Citizen )

## PETITION FOR LEAVE TO ENFORCE TWO VALID ORDER(S)
## *RENEWED* DEMAND FOR UNCONSTITUTIONAL CASE'S PROPER RESOLVEMENT

NOW COMES U.S. Citizen, Walter J. Brzowski, in pursuant to Federal Rules of Civil Procedure 41(b), and with IL. Supreme Court Rule 21(c), does hereby accurately restate the following onto this invoked U.S. Federal District Court of Illinois, Eastern Division, as to revisit this *baseless* civil case *ab initio*, retroactive to September 20, 2007 due to violations of procedural due process from another, *unattached* District Court Judge and its lack of any legal, due process foundation:

1) On September 20, 2007, the mysterious, (Plaintiff), Federal Executive Committee created this baseless and unconstitutional civil case by *sua sponte* design, as to obtain a highly subjective 'order' that wrongfully: "restricts U.S. private Citizen, Walter Brzowski to create Federal Civil Action cases" pursuant to 42 USC § 1983, (*et alia*), without a cogent, legal foundation in Law to do so, →(*dismissed on May 7, 2021 pursuant to Order attached*);

2) Upon the initial, opening "Order", endorsed by, (*former*) Chief Judge James Holderman, said 'order' unjustly restricts Respondent, Walter J. Brzowski to create and even file Federal Civil cases and 'Legal Documents' at the Dirksen Federal Courthouse ever since September 20, 2007 which is purely unconstitutional in its obstructing effects;

3) (Former), U.S. Federal Chief Judge James F. Holderman, who endorsed this opening: "Restricting Order" on September 20, 2007, was also the *same* Federal District Judge who operated upon Federal Removal case no. 03 CV-2685, (*W. Brzowski v. L. Brzowski;* removal of IL. Cook County divorce case no. 01 D-14335) from April 22, 2003 to June 22, 2005, [creating a procedural: '*conflict of interest*' on this case as explained below];

4) Respondent Walter J. Brzowski has been showing to this U.S. Federal Northern District Court, that this: "Restricting Order case" is purely the evil-conduct of Judge James F. Holderman to use his judicial powers as a retaliatory 'weapon' against U.S. private

Citizen, Walter J. Brzowski because movant Mr. Brzowski on the *other* Federal Removal case, 03 C-2685, exposed a huge fatal blunder by Judge Holderman on May 5, 2003, (on April 28, 2005, *via* 'Petition'), when said Federal District Judge wrongfully chose to 'dismiss' Federal Removal case no. 03 C-2685 upon a questionable finding of: *"lack of subject-matter jurisdiction",* that would be contrary to Federal Title 28 USC § 1447(c);

5) On both September 5, 2017 and on November 25, 2020, (along with an attaching 'Motion to Vacate All Orders Upon Case no. 07 C-5613' on April 13, 2009; and on March 29, 2023), along with three more on February 5th, 8th and 18th, 2025, [Respondent] Walter J. Brzowski filed 8 page, 38 point; 11 page, 55 point; (6 page, 30 point; and 2 page Inquiries), Legal Instruments that clearly *rejects* EVERY worthless arbitrary Order(s), Finding(s) allegedly entered by Federal Chief Judges James F. Holderman, Ruben Castillo, Rebecca R. Pallmeyer and now Virginia M. Kendall, (who both wrongfully 'think and believe' they have the power to inflict such horrible, *sadistic* injury to keep this *un-*constitutional case flowing onto (innocent—Citizen), Walter Brzowski on April 20, 2022, on March 15, 2023 and again on July 14, 2023), back to September 20, 2007 and back to September 18, 2008;    U.S. private Citizen Walter J. Brzowski now elects to adopt these six undefeated—*un*opposed: 'Legal Instruments' filed into this **'B.S.' void** unconstitutionally defective case for support;

6) ***BUT*** before (former), Federal Chief Judge James F. Holderman can create his *sua sponté*: 'Administrative Order' on September 20, 2007, there is an IL. Supreme Court Rule that should have been taken for **Judicial Notice** by (*latter*), Chief Judges Rebecca R. Pallmeyer and Virginia M. Kendall that directly relates and instructs what a, (State Court Chief Judge) should apply before creating any type of Administrative Order against a litigant com-pelling him or her what to do or not to do;    Such IL. Sup. Court Rule addressing this procedural requirement onto a (State Court Chief Judge) **is #21(c)** that is still applicable onto both Ms. Pallmeyer, and Ms. Virginia M. Kendall along with their fellow Executive Committee Democratic fellow buddies since April 20, 2022, (Fact);

7) These 3 Federal District Court Chief Judges, (Holderman, Pallmeyer and now Kendall) were shown that when 'they' created this retaliatory, unconstitutional Case against (*other* litigant), Walter J. Brzowski by *sua sponte* design on September 20, 2007, 'they' all became countering litigants thereto, which denies 'them' to enter any type of Order against (Counter Plaintiff), Walter J. Brzowski due to the developed: *"conflict-of-*

*interest*" principle at work here, as previously foretold to them upon those two filed: "Legal Countering Instruments" on February 5th, and 18th, 2025 by Mr. Brzowski;

8) Yet these 3 inept Federal Chief Judges, (*esp.* Pallmeyer and Kendall), stubbornly and with Democratic Party-overtones fueling their WOKE narratives, refuse to grasp, and keep producing worthless—meaningless, overreaching invalid Orders, that was finally resolved on May 7, 2021, and cemented on July 14, 2023, (*Emphasis added*);

9) On July 14, 2023, Federal Chief Judge Rebecca R. Pallmeyer finally, after years of bitching to her from (Counter Plaintiff), Walter J. Brzowski, entered a: "Executive Committee Order", (Doc. #242), that acknowledged the May 7, 2021: "Amended Executive Committee Order", and referenced it therein;

10) (Former), Federal Chief Judge Rebecca R. Pallmeyer plainly stated therein, (p. 1, para. 2), as to finally come-to-grips that Judge James F. Holderman and Judge Ruben Castillo made grave errors upon Federal Removal Cases 02 CV-6219 and 03 CV-2685 by choosing to dismiss those removal cases over the proper remand on September 9, 2002 and May 5, 2003 that would be violative to Federal Remand Code 28 USC § 1447(c);

11) As to that referenced May 7, 2021 "Amended Order", (Doc. #94), it also reveals that due to (former), Federal Chief Judges James Holderman's and Ruben Castillo's blatant grave errors, nullified several substantive Judicial acts upon Cook County IL. Civil divorce case No. 01 D-14335 *for at least* a period of 26 months, (April 22, 2003 to June 23, 2005), in pursuant to Federal Removal Title 28 USC § 1446(d), and several Federal Case law precedents, that holds the State Domestic Relations Court's attempted substantive judicial acts on April 22—25, 2003, on May 20, 2003 and on April 29, 2005 of defective Civil divorce case No. 01 D-14335, **null** and **void**, (Fact);

12) These named 3 Federal overreaching, Democratic-appointed Chief Judges, (Holderman, Pallmeyer and now Kendall: *{who incidentally, operated recklessly on Fed. Removal Case no. 07 C-1288 in March, 2007)*, refuse to accept this concept-in-the-Law, and all have chosen to continue on to heavily violate their sworn Oaths of Judicial Offices in a malicious manner to further create unconstitutional havoc onto Walter J. Brzowski's personal life, without their authority to do so since September 20, 2007 and September 18, 2008;

13) The (latter), two Federal Chief Judges hereby named as Rebecca R. Pallmeyer and now Virginia M. Kendall *in-tow*, have been choosing to steal Walter J. Brzowski's Federal Jury award money from an **illegal** Cook County IL. trust fund account, swaying a lame,

- 3 -

lapdog Democratic-elected Cook County IL. Clerk, Mariyana T. Spyropoulos to periodically extort funds from that unlawful account only as to "chastise Walter J. Brzowski for exposing the blatant—retarded *HUGE* blunders committed by their fellow previous Chief Judges Ruben Castillo and James F. Holderman, and as to force him into their warped, WOKE, leftist submissions";

14) (Counter Plaintiff), Walter J. Brzowski now places a personal, Stern Warning onto Chief Judges/(Political Advocates): Rebecca R. Pallmeyer and her fellow 'side-kick' Virginia M. Kendall that they can be subjected to: "Brzowski *Personal* Justice", since they have recklessly and conspiracy rendered worthless Orders in an attempt to steal my goddamn Federal Jury award money through a corrupt, Democratic-*elected* fellow County Clerk, (Spyropoulos), which I have every Right and means to inflict to richly acquire and protect my Legal Interests-Stake to that illegally held Federal Jury money!!

15) **LET IT BE KNOWN**: That "if" these two (Political-Woke Judicial Activists), Pallmeyer and Kendall are 'startled or alarmed' to this new, aggressive: "warning conduct" now taken by (Counter Plaintiff), Walter J. Brzowski and choose to notify the U.S. Northern District Attorney's Office, just remember that the U.S. Northern District Attorney is too: "under-the-gun", since he/(they) have mysteriously refused to take the necessary criminal action against (Criminal-Defendant), **Virginia M. Kendall** after January 29, 2025, (along with several other named Cook and Will County IL. Judges; Appellate Justices) pursuant to Fed. Criminal Code 18 USC § 242, (2 Counts), revealing a type of: "protecting their Democratic-fellow club members from their illegal wrongdoings", that encroaches upon his sworn Oath—duty to foresee: *"that nobody is above-the-law under their jurisdictional authority"* that encompasses (Complainant) Walter Brzowski's sworn Complaints to him!

16) These three named Federal Chief Judges/(Political Advocates), have repeatedly failed to alert another Federal District Court Chief Judge, (outside the reigns and influences of this crooked Seventh District Court's boundaries), for a Trial setting, which would then show that 'they' are trying to keep this unconstitutional, *sua sponte* Case "under-wraps", away from exposing their horrible misconducts they inflicted onto (*litigant—U.S. private Citizen*), Walter Brzowski, and onto his Family, Children, Property, Money, that is now trying to induce a fellow Democratic County Clerk to repeatedly steal my Federal money, when they possess **NO** type of jurisdiction to do so through the: "*conflict-of-interest*" principle,

- 4 -

that reduces them down to a private litigant-Citizen, stripping them from any type of: 'qualified judicial immunity' from criminal causes against them, (Fact)!

17) As by such, the two: "Amended—Orders" on July 14, 2023 and May 7, 2021 previously exhibited and "acknowledged" by Judges Pallmeyer and Kendall on April 20, 2022 and January 10, 2025 operate well-within the mandated guidelines of: "fair and impartial Const. due process Justice served"; AND destroys Judge Virginia M. Kendall's reckless allegation of 'fake orders', (Jan. 10, 2025), because every attempted, *invalid* order she and her fellow colleague Judges entered between September 20, 2007 to January 10, 2025 would be declared: **'void**—fake orders', since as shown above, and upon those six cited, *un*defeated: "Legal Instruments" by (Counter Plaintiff) Walter J. Brzowski, they did **NOT** have the legal authority to enter through the: *"conflict-of-interest"* principle that they all seem to strangely ignore, holding them as criminal: *"trespassers of the law"*, (See: *U.S. v. Will,* #449 U.S. 200, 216; #101 S.Ct. 471, (1980); *In re: Sawyer,* #124 U.S. 200, (1888); and *Scheuer v. Rhodes,* #416 U.S. 232; #94 S.Ct. 1683, 1687, (1974};

18) It also appears that by the Democratic Party's strong influence upon this corrupt U.S. Northern District Court for Illinois, (7th Dist.), these District Judges operating unchecked through the weaker Republican Party, (Donald Tracy; Jeffrey Fiedler) are spoiled into a lull of 'self-entitlement Club' as to then proceed in a arrogant political fashion to enhance this Party's agendas and narratives which is repugnant to the fair and equal administrations under the law, *(Emphasis added)*;

19) As to reveal of this "Advocated Club Setting" at the IL. Dirksen Federal Building, Chief Judges James F. Holderman, Rebecca R. Pallmeyer and *new* Chief Judge Virginia M. Kendall are mysteriously "allowing—ignoring" the fact that the other Chief Judge Ruben Castillo did-in-fact, violate the strictures within Federal Remand Code 28 USC § 1447(c) on and since September 9, 2002, (Fed. Removal case no. 02 CV-6219), when this exposed Democratic-*appointed* moron wrongfully chose to: *"choose dismissal over the proper remand procedure"*, and even refused to do so when pointed-out to him by (movant) Brzowski on July 26, 2008, that by that Federal Code, along with several binding Case law precedents, STILL denies the Cook County IL. Domestic Court of its subject-matter jurisdiction to continue on defective Case No. 01 D-14335 after September 4, 2002, something that infuriates (female), Chief Judges Pallmeyer and Kendall in the

interim, fueling their hatred and discontent towards, (innocent/Counter Plaintiff), Walter J. Brzowski since April, 2022, (*again*), ***without their legal power to do so***, (Fact)!

20) A 19th Century French Politician-Statesman revealed of this 'politicalizied Federal Club's 7th District Charter' as: "*When plunder becomes a way of Life for a group of men in a society, over the course of time they create for themselves a legal System that authorizes it and a moral code that glorifies it*", (French politician Frederic Bastiat), meaning that this U.S. Northern District Court of Illinois has become accustomed to operating recklessly within the Democratic Party's narratives without any restraints, opposition from the weaker, **in**-effective Republican Party's coward politicians—committeemen, running unchecked and rogue for several years now like a goddamn out-of-control circus-weed!

21) **OUR** U.S. President Donald J. Trump is also, (apparently), being exposed of a Federal District Court, D.C. Judge's overreaching, politicalizied void "Order." on March 15, 2025 a pure element of this WOKE Democratic Party's influential reach into the tainted Federal Court System, that also has been exposed in a New England's MA. Federal District Court as well against this sitting, Executive Branch's Chief Officer-President!

**WHEREFORE,** The (Counter Plaintiff), Walter J. Brzowski now respectfully places and asserts these two ***VALID*** and enforceable 'Orders' from May 7, 2021 and July 14, 2023 onto this Docket since they are drafted from what the Record relates to and what Const. due process adheres to, which as such, reinstates Mr. Brzowski's "Filings" in February, 2025 back onto the Calendar Docket Call as to **DEMAND** for a fill-evidentiary Hearing in front of a Third Article Judge Panel, unattached from the biased, political influences from this corrupt Seventh District Court of Illinois' influences, and as to have this Two Count Criminal Complaint against rogue Judge Virginia M. Kendall proceed forward within the Northern District Attorney's Office promptly!

**ATTESTATION**

I, Walter J. Brzowski, having read and understood the above self-subscribed "Pleading", certifies it to be true and correct in content and form, and as to where knowledge of Information disclosed within is also truthful to assert in a Court of Law for proper recourse and effect.

Dated this 24th day of March, 2025

Walter J. Brzowski

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION   2021 MAY -7 AM 9: 25

In the Matter of )
) U.S. DISTRICT CLERK
Walter J. Brzowski ) Civil Action No. 07 C 5613
) U.S.C.A. 19-2167
Plaintiff, *pro se* )

## AMENDED EXECUTIVE COMMITTEE ORDER

Plaintiff Walter J. Brzowski on November 25, 2020, filed a 'Motion to Vacate all Orders on Case No. 07 C-5613' which is pending before the Executive Committee at this point; and as to re-entertain Plaintiff Brzowski's two other filed 'Petition to Dismiss Case No. 07 C-5613' on September 1, 2010, and also his filed: 'Motion to Dismiss Case No. 07 C-5613 Nunc Pro Tunc' on February 26, 2009 that supports the latter filing on November 25, 2020. Plaintiff asks the Executive Committee to review this open Motion(s) which we will now consider.

This court being fully apprised of the circumstances in this case, grants Plaintiff Brzowski's motion and amends the prior Order from May 7, 2009, (Dkt. No. 33), and vacates the Orders from September 18, 2008, (Dkt. No. 17), and September 20, 2007, (Dkt. No. 1), because we now have reconsidered those Orders based upon what Plaintiff Brzowski has been relaying to this Committee since September, 2008 through his filed Motions, as explained in the "Statement" section of this Order.

### STATEMENT

The Executive Committee opened this case *sua sponte* on September 20, 2007 for the purpose of issuing an order restricting Brzowski from filing in the Northern District of Illinois. (Dkt. No. 1). After Plaintiff Brzowski filed two more cases without obtaining leave from the Executive Committee, we issued an additional order on September 18, 2008 directing the clerk to destroy any papers submitted by or on behalf of Walter J. Brzowski, (Dkt. No. 17; "Restricted Filer Order"). The Restricted Filer Order has been continued multiple times, most recently until

December 17, 2020. But prior to that date, Brzowski has continued to file motions into the record stating that upon a grave error(s) of the Northern District Court of Illinois upon two developed removal cases, 02 C-6213 and 03 C-2685 against the Cook County Illinois Circuit Court, 01 D-14335, (*Brzowski v. Brzowski*), the State County Court was still without jurisdiction to legally operate forward on and since September 4, 2002, (filed: "State Court filed 'Notice of Removal" upon Fed. Removal case no. 02 C-6219), pursuant to Title 28 USCA § 1446(d), which we now have concurred with the Northern District Court from April 17, 2007, (Removal case no. 07 C-1504), that movant Brzowski did indeed remove his State civil case, 01 D-14335 which he was in proper compliance to that cited Removal statute on that 2002 date. The Northern District Court of Illinois found on April 17, 2007 that there was a 'mistake' by the previous District Court on September 9, 2002, (02 C-6219) to wrongfully dismiss this first of four removal cases from movant Brzowski, which conflicts with the Remand statute of 28 USC § 1447(c), upon the court's finding of lack of jurisdiction.

We, the Executive Committee find in agreement with the Northern District Court of Illinois on case no. 07 C-1504, (April 17, 2007), that upon the recognition of a second removal case created by movant Brzowski on April 22, 2003, (No. 03 C-2685), against that Cook County civil action no. 01 D-14335, and the subsequent filed Notice of Removal into the State Court record on the same date, such second removal acted as a loss of subject matter jurisdiction again onto their Domestic Relations Division on that particular civil case, which like before on case no. 02 C-6219, the Northern District Court of Illinois again made a crucial error by dismissing the second Removal case on May 5, 2003, citing lack of jurisdiction. The Remand statute that is applicable here upon this key issue is 28 USC § 1447(c), which is quite precise and clear upon the Court's finding of lack of jurisdiction upon a Removal case is to enter a certified copy of order of remand back to the State court clerk which may thereupon proceed with such case: *Roberts & Schaefer Co. v. Merit Contracting Inc.,* 901 F.Supp. 1349, (Sept. 29, 1995); *Lance v. Employers Fire Ins.*

2

*Co.*, 66 F.Supp. 2d 921, that exposes this error committed by the U.S. Northern District Court a second time on May 5, 2003. *Fent v. Oklahoma Water Resources Bd.*, 235 F. 3d 553, (C.A. 10, Dec. 18, 2000); *Primate Protection League v. Tulane Education Fund*, 111 S.Ct. 1710, (1991). Plaintiff Brzowski has also previously shown to this Executive Committee, as well as onto the Northern District Court of Illinois on April 17, 2007, that he did indeed moved another Northern District Court on April 28, 2005, (No. 03 C-2685), exposing the error by the Court on May 5, 2003, which that Court agreed with movant Brzowski and granted the Docket text order of remand; The former Chief Judge operating on this Restricted filer case, [James F. Holderman], who also presided upon second removal case no. 03 C-2685, stated on April 16, 2009, (p. 4, #8-10), *"You are correct that I erred when I dismissed your case for subject matter jurisdiction. I should have remanded the case"*, which acknowledges that error of judgment on May 5, 2003, and was also acknowledged by that other District Court on April 17, 2007 as well. Plaintiff Brzowski had shown both to this Executive Committee and the prior District Court of Illinois on April 17, 2007 that the certification to the Remand order was delayed to June 22, 2005, which was procedurally filed into the Cook County IL. civil case on June 23, 2005, (No. 01 D-14335), in adherence to Title 28 USC § 1447(c) by movant Brzowski, that would then correlate to reestablish State jurisdiction back onto the Cook County Domestic Relations Court.

We also have been made aware by both Plaintiff Brzowski and the Northern District Court of Illinois on April 17, 2007, (No. 07 C-1504), that the first Federal removal case, 02 C-6219, was also in error to not subsequently follow the same lead established by the second Remand Court on April 28, 2005, which upon its non-compliance to Remand title 28 USC § 1447(c) on and after September 9, 2002, still holds the subject matter jurisdiction of Cook County IL. civil action no. 01 D-14335 in limbo since thereof: *State of LA v. Sprint Communication Co.*, 899 F. Supp. 282, (M.D. La. 1995); *Hubbard v. Combustion Engineering Inc.*, 794 F. Supp. 221, (E.D. Mich. 1992), which in turn, nullifies all the State court's actions afterwards due to lack of such

3

jurisdiction. *State of South Carolina v. Moore*, 447 F. 2d 1067, (1967); *New York State Nat. Org. for Women v. Terry*, 697 F. Supp. 1324, (S.D.N.Y., 1988). We find this to be true and correct upon held Case precedents cited above under *Stare Decisis* doctrine.

We, the Executive Committee for the Northern District Court of Illinois have also now come into agreement that our May 7, 2009 order discussing upon a removing party's denial of his filed *in forma pauperis* petition on September 9, 2002 (No. 02 C-6219), and again on May 5, 2003, (No. 03 C-2685), would not affect a proper removal(s) is misstated since the Removal statute 28 USC § 1446 (d) is silent in the taking of the filing fees first by a moving party before to effectuate such Removal method, and We cannot further find any binding precedent that would concur with our finding on May 7, 2009, and thus it is withdrawn and vacated at this point.

We, the Executive Committee for the Northern District Court of Illinois are now ordering the dismissal of this case, finding in Plaintiff Brzowski's favor as to remove him from the: "Restricted Filer List" instanter, since we have now concluded that Brzowski has sustained his burden of proof to overcome the sanction levied against him on and since September 20, 2007, allowing him to exercise his U.S. Constitutional Rights within the venue of the Northern District Court of Illinois freely and with justifiable intentions.

IT IS SO ORDERED: That the Orders entered on May 7, 2009, (Dkt. 33), September 18, 2008, (Dkt. 17), and on September 20, 2007, (Dkt. 1), are DISMISSED WITH PREJUDICE; and

IT IS FURTHER ORDERED: That Walter J. Brzowski is removed from the: "Restricted Filer List" instanter.

IT IS FURTHER ORDERED: That the Clerk shall cause a copy of this order to be mailed to Mr. Brzowski at *c/o*: 6431 South Karlov Avenue, Chicago IL. 60629, his last known address divulged to this Committee through his legal papers on November 25, 2020 without delay.

ENTERED: May 7, 2021

4

Exhibit 'B'

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In The Matter of ) | |
| ) | Civil Action No. 07 CV 05613 |
| Walter J. Brzowski ) | |
| ) | (Before the Executive Committee) |

## EXECUTIVE COMMITTEE ORDER

Walter J. Brzowski was a restricted filer in the Northern District of Illinois, see 07 CV 05613, [01]. On May 7, 2021, the Executive Committee adopted the Amended Executive Order which had reversed the initial restriction-filer order from September 20, 2007 since we have since discovered through his filings into this case that Walter J. Brzowski has shown equity and merit to his pleadings that were based upon Federal laws showing he was true and correct upon his Federal removal cases 02 CV 06219, 03 CV 02685, 07 CV 01504, and 07 CV 02610 in pursuant with Federal code 28 USC § 1446(d) that did in fact, generate three Federal remand orders on June 22, 2005, March 22, 2007 and May 29, 2007 in compliance with Federal remand code 28 USC § 1447(c)(d), [94]. Walter Brzowski did reveal to this Committee that we are duty-bound by certain Federal case precedents coming forth from other Court of Appeals and from the United States Supreme Court regarding these matters of the 'removal of a state case to a federal district court' and the proper procedures subsequent to such removals.

We have since concurred with Walter J. Brzowski that the Federal District Court erred when it chose to dismiss case 03 CV 02685 over remand on May 5, 2003 which the Court corrected itself on April 28, 2005 due to Walter's filed Petition to Remand, (April 18, 2005), that was addressed on the adopted May 7, 2021 Amended Order, [94]. We also noted thereon, that the Court also erred by choosing to dismiss rather than remand on September 9, 2002 on Walter Brzowski's first removal case 02 CV 06219 which still holds State divorce case 01 D 14335, (*Brzowski v. Brzowski*), suspended until the District Court follows the guidelines within the remand statute. We also noted that the State court was in error by moving after these removal

cases were filed but not waiting for the remand orders from these Northern District Courts which would hold their judicial actions for naught. The Committee also concurred with the other District Court's oral statements on April 17, 2007, 07 CV 01504, which We found to adhere to due process Law and as such for Justice served upon this now closed matter.

IT IS THEREFORE ORDERED that Walter Brzowski has proven his case to this Committee and is thus relieved of any restriction obligations and monetary sanctions on and since May 7, 2021, [94], and the Clerk is instructed to rescind any emplaced filing restrictions on him in accordance to his First Amendment Right as to freely express at the Northern District Courthouse of Illinois.

ENTER:

FOR THE EXECUTIVE COMMITTEE

*[signature]*

Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 14th day of July 2023

## UNITED STATES NORTHERN DISTRICT COURT OF ILLINOIS
### DEPARTMENT OF JUSTICE    EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>VIRGINIA M. KENDALL<br>[Defendant] | CASE NO. _____ |

### CRIMINAL FELONY COMPLAINT—TWO COUNTS
Deprivation of Rights—Interference with Constitutional Due Process Justice

I, Complainant, Walter J. Brzowski, Chicago IL. 60629, in pursuant to 18 USC § 242 does hereby invoke the necessary two Count Felony criminal charge against this named Federal Defendant, Virginia M. Kendall, (y.o.b. 1962; adm. IL. 1992), a (now), Chief Federal Judge in the Seventh Circuit, [219 S. Dearborn Street, Room 2541, Chicago IL. 60604] based upon the following information:

### COUNT I

On November 22, 2024, Democratic-*appointed* Chief Judge **Virginia M. Kendall**, without any legal Constitutional means and/or authority to do so, that should have been previously known to her due to the numerous neglected and ignored "Filings" by Walter J Brzowski for over 15 years, wrongfully enforced a unconstitutional 'Restricted Order' upon Case No. 07 CV-5613 against Complainant Walter J Brzowski by *sua sponte* design, as to unjustifiably and with malicious-political intent, swayed the Cook County IL. Circuit Court *elected* Clerk, {Mariyana T. Spyropoulos, Room 1001, Chicago IL. 60602}, to steal some $25,000.00 out of an illegal, [*non*-consented] Trust Fund set forth in (receivership), Walter J. Brzowski's name on January 17, 2023, (Case No. 22 CH-2087, *Henderson-Parks LLC v. L. Brzowski; W. Brzowski*), only perceived to be well-outside Judge Kendall's limited scope of authority that has been infringing upon Mr. Brzowski's First Amendment Right/Claim to: *"fully retrieve the total, due process monetary claim to said Federal Jury award,* (August 6, 2020, $731,000.00 + interest, Federal Tort Case No. 17 cv-9339, *Brzowski v. Sigler, Hadley*), *of what is lawfully due him"* ever since, which (Defendant) Judge **Victoria M. Kendall** knows, *or should know* that she is clearly

obstructing Mr. Brzowski's Constitutional Claim Rights to do so in a pure vindictive tone, [since she was shown that she made a grave error in March, 2007, (Fed. Removal Case no. 07 C-1288, *People vs. Brzowski* as to refuse to take the overseeing jurisdictional control over Will County IL. cases 05 CM-3968, 06 CM-0103 due to unconstitutional effects taken against Mr. Brzowski in Joliet IL. 60432], in clear violation of U.S. Federal Criminal Code 18 USC § 242!

## COUNT II

Now again, on January 10, 2025, *current* Chief Judge **Virginia M. Kendall**, knowingly that she is in clear violation of her sworn duties to recognize and uphold the U.S. Constitutional Rights possessed by Complainant Walter J. Brzowski since March 9, 2007, (Fed. Case no. 07 cv-1288), and on September 20, 2007, (No. 07 cv-5613), drafted a: Rule to Show Cause Order that strongly appears to place *another* type of unlawful monetary sanction onto Mr. Brzowski of $25,500.00 that created an evil, unwarranted, harassing criminal threat upon his legal claim to that *unconstitutionally* held Cook County Trust Fund account through Mrs. Kendall's: "conflict-of-interest"[1] abuse of her *challenged* authority which is a direct form of dereliction of her *limited* judicial duties, only construed to interfere with Mr. Brzowski's afforded Const. due process Justice and full monetary claim to finally retrieve of that said Jury award money, (*now around* $498,335.23), at the Richard J. Daley Center IL. Courthouse due to her overreaching aspects to vindictively sway Cook County Clerk Mariyana T. Spyropoulos to withhold, exposing her vindictive, overreaching conducts against Mr. Brzowski since November 22, 2024, since she, and her previous "*fellow* Democrat-appointed Chief District Judges: Holderman, Castillo, Pallmeyer", blatantly ignored all of (Counter litigant), Walter J. Brzowski's prior filed 'Countering Instruments' that offers another, clear-cogent side of this "story", [relating to meritorious and directed challenges against their subjective-unfounded conjectures since September 20, 2007 and September 18, 2008 that revealed the held errors and misstatements made by them, and *she is still making*, [Kendall], in clear

---

[1] Since Case No. 07 CV-5613 was never assigned a neutral, *other*-different Federal District Court Judge since September 20, 2007 to 'hear these on-going matters', an aura of conflict-of-interest has developed between Chief Judges James F. Holderman, Ruben Castillo, Rebecca R. Pallmeyer and now Virginia M. Kendall upon Mr. Brzowski!

- 2 -

violation of U.S. Federal Criminal Code 18 USC § 242, *and impartial due process Justice!*

→[Complainant, Walter J. Brzowski puts forth this "ironic provability" upon these served Federal Governmental Agencies, Chicago IL. 60604, 60608, and Washington D.C. 20530, 20535, in that all Seventh Circuit/District Chief Judges, [*former*] Rebecca R. Pallmeyer's and now Kendall's 'alleged monetary sanctions' have occurred on and after April 20, 2022, one month **AFTER** Federal Attorney Firm Henderson-Parks LLC Group created Cook County Interpleader Case 22 CH-2087, (Devlin Schoop, Lead Counsel on Federal Tort Case No. 17 cv-09339, *Brzowski v. Sigler, Hadley*), since it was probably well-perceived by both Ms. Pallmeyer and now Mrs. Kendall that crooked, politically-*laced* Cook County Chancery Division Judge Thaddeus L. Wilson was going to grant Mr. Schoop's Case to place "Client" Walter J. Brzowski's 67% portion of that Jury award into a nameless and unreachable "Trust Fund Account" for litigant Walter Brzowski to not obtain, only as to then start the unconstitutional commencement of entering "repeated monetary sanction orders" against Mr. Brzowski on and after April 20, 2022 as to unjustifiably punish him for: 'disturbing their *politicalizied* judicial club when he exposed Federal Judge Holderman's and Castillo's **HUGE** blunders on Federal Removal Cases 02 C-6219 and 03 C-2685 that **nullified** several key Judicial Acts upon fatally defective Cook County IL. divorce Case 01 D-14335, (*L. Brzowski v. W. Brzowski*), in pursuant to Federal Codes 28 USC § 1446(d) and § 1447(c), along with *per se* to several published Case law precedents!←

I, the Complainant Walter J. Brzowski, being duly sworn on oath, depose and states that he has read the foregoing complaint by him duly subscribed and that the same is held true.

Sworn to me this day of:

January 29th, 2025

_____
Notary Public

OFFICIAL SEAL
NATALIE LOPEZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 03/12/2026

Walter J. Brzowski
Complainant
c/o: 6431 South Karlov Avenue
Chicago IL. 60629
email: weblfore@gmail.com

**TO:** (Defendant) Judge Virginia M. Kendall
219 S. Dearborn Street  Room 2541
Chicago IL. 60602

TO: Federal Bureau of Investigations
{Dir. Kash Patel? Copy
935 Pennsylvania Avenue N.W.
Washington D.C. 20535

- 3 -

Walter Brzowski
c/o: 6431 S. Karlov Avenue
Chicago IL. 60629



Retail

U.S. POSTAGE PAID
FCM LETTER
CHICAGO, IL 60629
MAR 24, 2025

60604

$1.29

RDC 99

S2324D503285-13

FEDERAL EXECUTIVE COMMITTEE
219 South Dearborn Street
Room 2541
Chicago IL. 60604

LOCAL MAIL